PD-0879-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/7/2015 2:38:56 PM
Accepted 8/11/2015 1:58:08 PM
ABEL ACOSTA
CLERK

## NO. 04-14-00378-CR

| | | |
|---|---|---|
| **ROBERTO GARCIA** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO

## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes ROBERTO GARCIA, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1. On June 8, 2015, the Court of Appeals affirmed appellant's conviction. ROBERTO GARCIA v. State, 04-14-00378-CR. This petition is therefore due on July 9, 2015, thirty (30) days from the date that the Court of Appeals affirmed appellant's conviction.

2. Counsel has been unable to complete the petition for the following reasons: Counsel has been unable to complete the petition due to the fact that counsel has been battling illness that has resulted in his hospitalization on two separate occasions. Counsel was hospitalized on July 13, 2015, at Christus Spohn Kleberg in Kingsville, Kleberg County, Texas. Counsel was hospitalized on July 27, 2015, at Christus Spohn Hospital Shoreline in Corpus, Christi, Texas. It was medically necessary for Counsel to undergo a surgery on August 7, 2015, that resulted in the failure to meet the extension deadline to file a petition for discretionary review. Counsel is currently recovering.

3. Defendant is currently free on bond.

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days to file a petition for discretionary review.

Respectfully submitted,

DAVID T. GARCIA
721 E. King
KINGSVILLE, TX 78363
Tel: (361) 595-4142
Fax: (361) 595-0544

/s/David T. Garcia

By:_____
DAVID T. GARCIA
State Bar No. 07631800
davidtgarcia0881@gmail.com
Attorney for ROBERTO GARCIA

## CERTIFICATE OF SERVICE

This is to certify that on August 7, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brooks County, 100 East Miller Street, Falfurrias, Texas 78355, by mail.

/s/David T. Garcia

_____
DAVID T. GARCIA